

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

Matthew D. Stockwell
tel: 212.858.1075
matthew.stockwell@pillsburylaw.com

March 23, 2016

**VIA ECF**

The Honorable Paul A. Engelmayer, U.S.D.J.
United States Courthouse
40 Foley Square, Room 2201
New York, New York 10007

**Re:    John Wilson & Charles Still v. Edward "Eddie" Perrell
d/b/a Perrell Music, et als.
Civil Action No: 16-cv-104**

Dear Judge Engelmayer:

We represent Anheuser-Busch Companies, LLC, incorrectly sued and pled in the above-captioned case as Anheuser-Busch Companies, Inc.  Pursuant to Rule 1(E) of the Court's Individual Practices, I write to respectfully request that the Court grant Anheuser-Busch Companies, Inc. a thirty (30) day extension of time to file its response to plaintiffs' Complaint.  Counsel for Plaintiffs has consented to this request for an extension of time.

The original due date is March 25, 2016, and should the Court grant this request, the due date would be April 25, 2016.  There have been no previous requests for an extension of time.

Thank you for your consideration in this request.

Respectfully Submitted

Matthew D. Stockwell


cc: Lita Rosario, Esq. (via ECF)
    Bobby A. Ghajar, Esq.


www.pillsburylaw.com

4819-8402-2063.v1