1

UNITED STATES DISTRICT COURT

2

SOUTHERN DISTRICT OF NEW YORK

3

4

5

JOHN WILSON
6    CHARLES STILL

7                              Plaintiffs,

8         v.

9    EDWARD "EDDIE" PERRELL d/b/a
     PERRELL MUSIC
10
     DYNATONE PUBLISHING
11    COMPANY

12   WARNER CHAPPELL MUSIC, INC
     c/o CT CORPORATION SYSTEM
13   111 Eighth Avenue
     New York, New York   10011
14
     UNIVERSAL MUSIC GROUP, INC.
15   1755 Broadway
     New York, N.Y.   10019
16
     BROADCAST MUSIC INC. (BMI)
17   7 World Trade Center
     250 Greenwich Street
18   New York, N.Y.   10007

19   and

20   ANHEUSER-BUSCH COMPANIES, INC.
     Serve:
21   CT Corporation System
     111 Eighth Avenue
22   New York, N.Y.   10011

23                         Defendants_

24   _____

25   _____

CASE No. 1:16-CV-00104-PAE

DEFENDANT EDWARD "EDDIE"
PERRELL D/B/A PERRELL
MUSIC'S ANSWER TO
VERIFIED COMPLAINT; CROSS-
CLAIM AGAINST DEFENDANT
UNIVERSAL MUSIC GROUP,
INC.

26

1

1   EDWARD "EDDIE" PERRELL d/b/a

2   PERREL MUSIC

3                           CROSS-COMPLAINTANT

4   vs.

5

6   UNIVERSAL MUSIC GROUP, INC.

7                           CROSS-DEFENDANT

8

9       Defendant/Cross-Complainant  EDWARD   "EDDIE"   PERRELL   D/B/A

10  PERRELL MUSIC, ("Defendant") answers plaintiffs JOHN WILSON and CHARLES

11  STILL ("collectively Plaintiff") Verified Complaint and files a cross-complaint against

12  UNIVERSAL MUSIC GROUP, INC. as follows:

13      1.      Defendant is without sufficient knowledge or information to form a belief

14  as to the truth of the allegation in paragraph 1 of the Verified Complaint and on that

15  basis denies each and every such allegation.

16      2.      Defendant is without sufficient knowledge or information to form a belief

17  as to the truth of the allegation in paragraph 2 of the Verified Complaint and on that

18  basis denies each and every such allegation.

19      3.      Defendant is without sufficient knowledge or information to form a belief

20  as to the truth of the allegation in paragraph 3 of the Verified Complaint and on that

21  basis denies each and every such allegation.

22      4.      Defendant is without sufficient knowledge or information to form a belief

23  as to the truth of the allegation in paragraph 4 of the Verified Complaint and on that

24  basis denies each and every such allegation.

25      5.      Defendant is without sufficient knowledge or information to form a belief

26                                          1

1  as to the truth of the allegation in paragraph 5 of the Verified Complaint and on that
2  basis denies each and every such allegation.

3      6.     Defendant is without sufficient knowledge or information to form a belief
4  as to the truth of the allegation in paragraph 6 of the Verified Complaint and on that
5  basis denies each and every such allegation.

6      7.     Defendant is without sufficient knowledge or information to form a belief
7  as to the truth of the allegation in paragraph 7 of the Verified Complaint and on that
8  basis denies each and every such allegation.

9      8.     Defendant is without sufficient knowledge or information to form a belief
10 as to the truth of the allegation in paragraph 8 of the Verified Complaint and on that
11 basis denies each and every such allegation.

12     9.     Defendant acknowledges Justin Timberlake released a single entitled "Suit
13 & Tie" that sampled the musical composition entitled, "Sho' Nuff". As to the remaining
14 portions of the allegation in paragraph 9, Defendant is without sufficient knowledge or
15 information to form a belief as to the truth of the remaining allegations in paragraph 9 of
16 the Verified Complaint and on that basis denies each and every such remaining
17 allegations.

18     10.    Defendant is without sufficient knowledge or information to form a belief
19 as to the truth of the allegation in paragraph 10 of the Verified Complaint and on that
20 basis denies each and every such allegation.

21     11.    Defendant is without sufficient knowledge or information to form a belief
22 as to the truth of the allegation in paragraph 11 of the Verified Complaint and on that
23 basis denies each and every such allegation.

24     12.    Defendant is without sufficient knowledge or information to form a belief
25 as to the truth of the allegation in paragraph 12 of the Verified Complaint and on that

26                                    2

1   basis denies each and every such allegation.

2      13.   Defendant is without sufficient knowledge or information to form a belief
3   as to the truth of the allegation in paragraph 13 of the Verified Complaint and on that
4   basis denies each and every such allegation.

5      14.   Defendant is without sufficient knowledge or information to form a belief
6   as to the truth of the allegation in paragraph 14 of the Verified Complaint and on that
7   basis denies each and every such allegation.

8      15.   Defendant is without sufficient knowledge or information to form a belief
9   as to the truth of the allegation in paragraph 15 of the Verified Complaint and on that
10   basis denies each and every such allegation.

11      16.   Defendant admits he is a resident and citizen of Nevada but was the
12   producer of "Sly, Slick & Wicked".

13      17.   Defendant admits he is the owner of Perrell Music which is a music
14   publishing company and not a music production company.

15      18.   Defendant is without sufficient knowledge or information to form a belief
16   as to the truth of the allegation in paragraph 18 of the Verified Complaint and on that
17   basis denies each and every such allegation.

18      19.   Defendant is without sufficient knowledge or information to form a belief
19   as to the truth of the allegation in paragraph 19 of the Verified Complaint and on that
20   basis denies each and every such allegation.

21      20.   Defendant is without sufficient knowledge or information to form a belief
22   as to the truth of the allegation in paragraph 20 of the Verified Complaint and on that
23   basis denies each and every such allegation.

24      21.   Defendant is without sufficient knowledge or information to form a belief
25   as to the truth of the allegation in paragraph 21 of the Verified Complaint and on that

26

27

1   basis denies each and every such allegation.

2       22.     Defendant is without sufficient knowledge or information to form a belief

3   as to the truth of the allegation in paragraph 22 of the Verified Complaint and on that

4   basis denies each and every such allegation.

5       23.     Defendant is without sufficient knowledge or information to form a belief

6   as to the truth of the allegation in paragraph 23 of the Verified Complaint and on that

7   basis denies each and every such allegation.

8       24.     Defendant admits the allegation in paragraph 24.

9       25.     Defendant is without sufficient knowledge or information to form a belief

10  as to the truth of the allegation in paragraph 25 of the Verified Complaint and on that

11  basis denies each and every such allegation.

12      26.     Defendant is without sufficient knowledge or information to form a belief

13  as to the truth of the allegation in paragraph 26 of the Verified Complaint and on that

14  basis denies each and every such allegation.

15      27.     Defendant is without sufficient knowledge or information to form a belief

16  as to the truth of the allegation in paragraph 27 of the Verified Complaint and on that

17  basis denies each and every such allegation.

18      28.     Defendant is without sufficient knowledge or information to form a belief

19  as to the truth of the allegation in paragraph 28 of the Verified Complaint and on that

20  basis denies each and every such allegation.

21      29.     Defendant is without sufficient knowledge or information to form a belief

22  as to the truth of the allegation in paragraph 29 of the Verified Complaint and on that

23  basis denies each and every such allegation.

24      30.     Defendant was and is a record producer who produced master recordings

25  embodying the musical performances of "Sly, Slick & Wicked".  Defendant generally

26                                          4

1   denies this allegation.

2      31.    Defendant denies this allegation.

3      32.    Defendant is without sufficient knowledge or information to form a belief
4   as to the truth of the allegation in paragraph 32 of the Verified Complaint and on that
5   basis denies each and every such allegation.

6      33.    Defendant is without sufficient knowledge or information to form a belief
7   as to the truth of the allegation in paragraph 33 of the Verified Complaint and on that
8   basis denies each and every such allegation.

9      34.    Defendant is without sufficient knowledge or information to form a belief
10  as to the truth of the allegation in paragraph 34 of the Verified Complaint and on that
11  basis denies each and every such allegation.

12     35.    Defendant is without sufficient knowledge or information to form a belief
13  as to the truth of the allegation in paragraph 35 of the Verified Complaint and on that
14  basis denies each and every such allegation.

15     36.    Defendant denies that Plaintiffs Wilson and Still produced "Sho Nuff".

16     37.    Defendant is without sufficient knowledge or information to form a belief
17  as to the truth of the allegation in paragraph 37 of the Verified Complaint and on that
18  basis denies each and every such allegation.

19     38.    Defendant is without sufficient knowledge or information to form a belief
20  as to the truth of the allegation in paragraph 38 of the Verified Complaint and on that
21  basis denies each and every such allegation.

22     39.    Defendant is without sufficient knowledge or information to form a belief
23  as to the truth of the allegation in paragraph 39 of the Verified Complaint and on that
24  basis denies each and every such allegation.

25     40.    Defendant is without sufficient knowledge or information to form a belief

26                            5

27

1  as to the truth of the allegation in paragraph 40 of the Verified Complaint and on that

2  basis denies each and every such allegation.

3      41.   Defendant denies that only did "sweetening of the recording. Defendant,

4  along with James Brown produced the recording "Sho Nuff".

5      42.   Defendant is without sufficient knowledge or information to form a belief

6  as to the truth of the allegation in paragraph 42 of the Verified Complaint and on that

7  basis denies each and every such allegation.

8      43.   Defendant is without sufficient knowledge or information to form a belief

9  as to the truth of the allegation in paragraph 43 of the Verified Complaint and on that

10  basis denies each and every such allegation.

11     44.   Defendant is without sufficient knowledge or information to form a belief

12  as to the truth of the allegation in paragraph 44 of the Verified Complaint and on that

13  basis denies each and every such allegation.

14     45.   Defendant is without sufficient knowledge or information to form a belief

15  as to the truth of the allegation in paragraph 45 of the Verified Complaint and on that

16  basis denies each and every such allegation.

17     46.   Defendant is without sufficient knowledge or information to form a belief

18  as to the truth of the allegation in paragraph 46 of the Verified Complaint and on that

19  basis denies each and every such allegation.

20     47.   Defendant is without sufficient knowledge or information to form a belief

21  as to the truth of the allegation in paragraph 47 of the Verified Complaint and on that

22  basis denies each and every such allegation.

23     48.   Defendant is without sufficient knowledge or information to form a belief

24  as to the truth of the allegation in paragraph 48 of the Verified Complaint and on that

25  basis denies each and every such allegation.

26                                    6

27

1    49.    Defendant is without sufficient knowledge or information to form a belief

2    as to the truth of the allegation in paragraph 49 of the Verified Complaint and on that

3    basis denies each and every such allegation.

4    50.    Defendant is without sufficient knowledge or information to form a belief

5    as to the truth of the allegation in paragraph 50 of the Verified Complaint and on that

6    basis denies each and every such allegation.

7    51.    Defendant admits this allegation.

8    52.    Defendant denies this allegation.

9    53.    Defendant is without sufficient knowledge or information to form a belief

10   as to the truth of the allegation in paragraph 53 of the Verified Complaint and on that

11   basis denies each and every such allegation.

12   54.    Defendant never collected any monies belonging to required to be

13   accounted to Plaintiffs.

14   55.    Defendant is without sufficient knowledge or information to form a belief

15   as to the truth of the allegation in paragraph 55 of the Verified Complaint and on that

16   basis denies each and every such allegation.

17   56.    Defendant is without sufficient knowledge or information to form a belief

18   as to the truth of the allegation in paragraph 56 of the Verified Complaint and on that

19   basis denies each and every such allegation.

20   57.    Defendant is without sufficient knowledge or information to form a belief

21   as to the truth of the allegation in paragraph 57 of the Verified Complaint and on that

22   basis denies each and every such allegation.

23   58.    Defendant is without sufficient knowledge or information to form a belief

24   as to the truth of the allegation in paragraph 58 of the Verified Complaint and on that

25   basis denies each and every such allegation.

26                                         7

27

1   59.   Defendant is without sufficient knowledge or information to form a belief
2   as to the truth of the allegation in paragraph 59 of the Verified Complaint and on that
3   basis denies each and every such allegation.

4   60.   Defendant is without sufficient knowledge or information to form a belief
5   as to the truth of the allegation in paragraph 60 of the Verified Complaint and on that
6   basis denies each and every such allegation.

7   61.   Defendant is without sufficient knowledge or information to form a belief
8   as to the truth of the allegation in paragraph 61 of the Verified Complaint and on that
9   basis denies each and every such allegation.

10   62.   Defendant is without sufficient knowledge or information to form a belief
11   as to the truth of the allegation in paragraph 62 of the Verified Complaint and on that
12   basis denies each and every such allegation.

13   63.   Defendant is without sufficient knowledge or information to form a belief
14   as to the truth of the allegation in paragraph 63 of the Verified Complaint and on that
15   basis denies each and every such allegation.

16   64.   Defendant is without sufficient knowledge or information to form a belief
17   as to the truth of the allegation in paragraph 64 of the Verified Complaint and on that
18   basis denies each and every such allegation.

19   65.   Defendant denies this allegation.

20   66.   Defendant is without sufficient knowledge or information to form a belief
21   as to the truth of the allegation in paragraph 66 of the Verified Complaint and on that
22   basis denies each and every such allegation.

23   67.   Defendant is without sufficient knowledge or information to form a belief
24   as to the truth of the allegation in paragraph 67 of the Verified Complaint and on that
25   basis denies each and every such allegation.

26   8

1    68.    Defendant is without sufficient knowledge or information to form a belief

2  as to the truth of the allegation in paragraph 68 of the Verified Complaint and on that

3  basis denies each and every such allegation.

4    69.    Defendant is without sufficient knowledge or information to form a belief

5  as to the truth of the allegation in paragraph 69 of the Verified Complaint and on that

6  basis denies each and every such allegation.

7    70.    Defendant is without sufficient knowledge or information to form a belief

8  as to the truth of the allegation in paragraph 70 of the Verified Complaint and on that

9  basis denies each and every such allegation.

10    71.    Defendant is without sufficient knowledge or information to form a belief

11  as to the truth of the allegation in paragraph 71 of the Verified Complaint and on that

12  basis denies each and every such allegation.

13    72.    Defendant is without sufficient knowledge or information to form a belief

14  as to the truth of the allegation in paragraph 72 of the Verified Complaint and on that

15  basis denies each and every such allegation.

16    73.    Defendant is without sufficient knowledge or information to form a belief

17  as to the truth of the allegation in paragraph 73 of the Verified Complaint and on that

18  basis denies each and every such allegation.

19    74.    Defendant is without sufficient knowledge or information to form a belief

20  as to the truth of the allegation in paragraph 74 of the Verified Complaint and on that

21  basis denies each and every such allegation.

22    75.    Defendant is without sufficient knowledge or information to form a belief

23  as to the truth of the allegation in paragraph 75 of the Verified Complaint and on that

24  basis denies each and every such allegation.

25    76.    Defendant is without sufficient knowledge or information to form a belief

26                                         9

27

1   as to the truth of the allegation in paragraph 76 of the Verified Complaint and on that

2   basis denies each and every such allegation.

3        77.     Defendant is without sufficient knowledge or information to form a belief

4   as to the truth of the allegation in paragraph 77 of the Verified Complaint and on that

5   basis denies each and every such allegation.

6        78.     Defendant is without sufficient knowledge or information to form a belief

7   as to the truth of the allegation in paragraph 78 of the Verified Complaint and on that

8   basis denies each and every such allegation.

9        79.     Defendant is without sufficient knowledge or information to form a belief

10  as to the truth of the allegation in paragraph 79 of the Verified Complaint and on that

11  basis denies each and every such allegation.

12       80.     Defendant is without sufficient knowledge or information to form a belief

13  as to the truth of the allegation in paragraph 80 of the Verified Complaint and on that

14  basis denies each and every such allegation.

15       81.     Defendant is without sufficient knowledge or information to form a belief

16  as to the truth of the allegation in paragraph 81 of the Verified Complaint and on that

17  basis denies each and every such allegation.

18       82.     Defendant is without sufficient knowledge or information to form a belief

19  as to the truth of the allegation in paragraph 82 of the Verified Complaint and on that

20  basis denies each and every such allegation.

21       83.     Defendant is without sufficient knowledge or information to form a belief

22  as to the truth of the allegation in paragraph 83 of the Verified Complaint and on that

23  basis denies each and every such allegation.

24       84.     Defendant is without sufficient knowledge or information to form a belief

25  as to the truth of the allegation in paragraph 84 of the Verified Complaint and on that

26                                          10

27

1  basis denies each and every such allegation.

2      85.    Defendant is without sufficient knowledge or information to form a belief
3  as to the truth of the allegation in paragraph 85 of the Verified Complaint and on that
4  basis denies each and every such allegation.

5      86.    Defendant is without sufficient knowledge or information to form a belief
6  as to the truth of the allegation in paragraph 86 of the Verified Complaint and on that
7  basis denies each and every such allegation.

8      87.    Defendant is without sufficient knowledge or information to form a belief
9  as to the truth of the allegation in paragraph 87 of the Verified Complaint and on that
10  basis denies each and every such allegation.

11      88.    Defendant is without sufficient knowledge or information to form a belief
12  as to the truth of the allegation in paragraph 88 of the Verified Complaint and on that
13  basis denies each and every such allegation.

14      89.    Defendant is without sufficient knowledge or information to form a belief
15  as to the truth of the allegation in paragraph 89 of the Verified Complaint and on that
16  basis denies each and every such allegation.

17      90.    Defendant is without sufficient knowledge or information to form a belief
18  as to the truth of the allegation in paragraph 90 of the Verified Complaint and on that
19  basis denies each and every such allegation.

20      91.    Defendant is without sufficient knowledge or information to form a belief
21  as to the truth of the allegation in paragraph 91 of the Verified Complaint and on that
22  basis denies each and every such allegation.

23      92.    Defendant is without sufficient knowledge or information to form a belief
24  as to the truth of the allegation in paragraph 92 of the Verified Complaint and on that
25  basis denies each and every such allegation.

26                                    11

27

1    93.    Defendant is without sufficient knowledge or information to form a belief
2  as to the truth of the allegation in paragraph 93 of the Verified Complaint and on that
3  basis denies each and every such allegation.

4    94.    Defendant is without sufficient knowledge or information to form a belief
5  as to the truth of the allegation in paragraph 94 of the Verified Complaint and on that
6  basis denies each and every such allegation.

7    95.    Defendant is without sufficient knowledge or information to form a belief
8  as to the truth of the allegation in paragraph 95 of the Verified Complaint and on that
9  basis denies each and every such allegation.

10    96.    Defendant is without sufficient knowledge or information to form a belief
11  as to the truth of the allegation in paragraph 96 of the Verified Complaint and on that
12  basis denies each and every such allegation.

13    97.    Defendant is without sufficient knowledge or information to form a belief
14  as to the truth of the allegation in paragraph 97 of the Verified Complaint and on that
15  basis denies each and every such allegation.

16    98.    Defendant is without sufficient knowledge or information to form a belief
17  as to the truth of the allegation in paragraph 98 of the Verified Complaint and on that
18  basis denies each and every such allegation.

19    99.    Defendant is without sufficient knowledge or information to form a belief
20  as to the truth of the allegation in paragraph 99 of the Verified Complaint and on that
21  basis denies each and every such allegation.

22    100.    Defendant is without sufficient knowledge or information to form a belief
23  as to the truth of the allegation in paragraph 100 of the Verified Complaint and on that
24  basis denies each and every such allegation.

25    101.    Defendant is without sufficient knowledge or information to form a belief

26                                      12

27

1    as to the truth of the allegation in paragraph 101 of the Verified Complaint and on that

2    basis denies each and every such allegation.

3        102.   Defendant is without sufficient knowledge or information to form a belief

4    as to the truth of the allegation in paragraph 102 of the Verified Complaint and on that

5    basis denies each and every such allegation.

6

7

8

9                          **<u>AFFIRMATIVE DEFENSES</u>**

10           Defendant asserts the following affirmative defenses to the Verified

11   Complaint:

12                          FIRST AFFIRMATIVE DEFENSE
13                             (Failure to State a Claim)

14       103.   As a separate and affirmative defense, Defendant alleges that the Verified

15   Complaint, and each and every cause of action alleged therein, fails to state facts

16   sufficient to constitute valid causes of action.

17

18                          SECOND AFFIRMATIVE DEFENSE
19                              (Statute of Frauds)

20   104.      As a separate and affirmative defense, Defendant is informed and
21

22   believes and based thereon alleges that the Verified Complaint, and each and every

23   cause of action contained therein, is barred by the Statute of Frauds.

24

25

26                                         13

27

THIRD AFFIRMATIVE DEFENSE
(Failure to State All Necessary Parties)

105.    As a separate and affirmative defense, Defendant is informed and believes and based thereon alleges that each and every cause of action alleged in the Verified Complaint is barred on the grounds Plaintiffs fail to join necessary and indispensable parties and therefore there is a defect in parties.

FOURTH  AFFIRMATIVE DEFENSE
(Waiver)

106.    As a separate and affirmative defense, Defendant alleges that each and every cause of action alleged in the Verified Complaint is barred in whole or in part by the equitable principle of waiver.

FIFTH AFFIRMATIVE DEFENSE
(Unclean Hands)

107.    As a separate and affirmative defense, Defendant alleges that each and every cause of action alleged in the Complaint is barred, in whole or in part, by the equitable principle of unclean hands.

SIXTH AFFIRMATIVE DEFENSE
(Laches)

108.   As a separate and affirmative defense, Defendant alleges that each and every cause of action in the Verified Complaint is barred, in whole or in part, by the equitable principle of laches.

1

## SEVENTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

2    109.    As a separate and affirmative defense, Defendant alleges that the

3 Verified Complain, and each and every cause of action contained therein, is barred by

4 the applicable statue of limitations.

5

6

## EIGHTH AFFIRMATIVE DEFENSE
### (Illegal Acts)

7

8    110.    As a separate and affirmative defense, Defendant alleges that each and

9 every cause of action alleged in the Verified Complaint is barred on the grounds of

10

11 Plaintiffs' and each of their illegal conduct.

12

## NINTH AFFIRMATIVE DEFENSE
### (Estoppel)

13

14    111.    As a separate and affirmative defense, Defendant alleges that each and

15 every cause of action alleged in the Verified Complaint is barred, in whole or in part, by

16 the equitable principle of estoppel.

17

18

## TENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

19

20    112.    As a separate and affirmative defense, Defendant alleges that the

21 Verified Complaint, and each and every cause of action alleged therein, is barred by

22

23 Plaintiff's, and each of their, failure to act reasonably and because Plaintiff, and each of

24 them, failed to take any and all actions reasonable or necessary under the circumstances

25 to avoid or reduce the injuries and damages alleged in the Complaint.

26                    15

27

## ELEVENTH AFFIRMATIVE DEFENSES

### (Reservation of Presently Unknown Additional Affirmative Defenses)

113.    As a separate and affirmative defense, Defendant alleges that they have insufficient knowledge or information based upon which it may have additional affirmative defenses, and hereby reserves the right to plead those additional affirmative defenses at a later time if such information becomes available.

## **CROSS-COMPLAINT**

### **Parties**

114.    Cross-complainant EWARD PERRELL ("Defendant/Cross-Complainant Perrell") alleges and complains as follows:

115.    Cross-Defendant UNIVERSAL MUSIC GROUP, INC ("Cross-Defendant UMG") is a Delaware corporation authorized to do business in New York.

116.    Cross-Complainant is an individual and a resident of Nevada

### **Factual Allegations**

117.    Defendant/Cross-Complainant Perrell is a musician, producer, songwriter and performer in the record industry.

118.    In or about 1973, Defendant/Cross-Complainant Perrell co-produced, along with James Brown, and album embodying the featured performances of the musical and recording group professionally known as "Sly, Slick and Wicked" (the "Group").  Plaintiffs were and are members of the Group.

119.    In or about 1973, Plaintiffs entered into a written agreement with People

16

1   Records, a record company then owned by James Brown ("Recording Agreement").

2   To the best of Defendant/Cross-Complainant Perrell's recollection, the Recording

3   Agreement not only provided for the exclusive recording services of Plaintiffs to be

4   rendered to People Records, but also assigned and transferred one hundred percent

5   (100%) of the Plaintiff's and other members' copyright interest in and to the musical

6   compositions written in whole or in part by the Plaintiffs and other members of the

7   Group.   The Recording Agreement also provided the payment of royalties and other

8   sums in consideration of Defendant/Cross-Complainant's co-producing services.

9   With the passage of time (nearly 43 years) and several changes of residencies,

10  Defendant/Cross-Complainant cannot locate a copy of the Recording Agreement.

11        120.   Defendant/Cross-Complainant was credited as a co-producer on the

12  label copy of the single entitled "Sho' Nuff" and Defendant/Cross-Complainant's

13  music publishing company was credited as a co-publisher of the musical

14  composition.  A true and accurate copy of the single label is attached hereto as

15  Exhibit 1 and incorporated herein by this reference.

16        121.   As a co-publisher of the musical composition entitled, "Sho Nuff",

17  Defendant/Cross-Complainant registered the musical composition with Broadcast

18  Music Inc. ("BMI").  A true and accurate copy of the BMI registration is attached

19  hereto as Exhibit 2 and incorporated herein by this reference.

20        122.   Defendant/Cross-Defendant UMG is the successor-in-interest to the

21  Recording Agreement from Polydor Inc. who acquired the rights pursuant to its

22  agreement with People Records.

23        123.   Defendant Warner Chappell is the administrator of the musical

24  composition entitled "Sho Nuff" as successor-in-interest to Chappell Music, and

25  administers Defendant Dynatone's interest in and to the musical composition entitled

26                                          17

1  "Sho' Nuff".

2  124.   Defendant/Cross-Complainant  Perrell entered into an Assignment and

3  Release Agreement, whereby, among other things, Defendant Warner Chappell

4  acknowledged a one-third (1/3) publishing interest in and to the musical composition

5  entitled "Sho' Nuff" and the parties agreed that Defendant Warner Chappell would

6  administer the musical composition.

7  125.   Despite repeated efforts by Defendant/Cross-Complainant Perrell to

8  resolve the dispute with Defendant UMG concerning Defendant/Cross-Complainant

9  Perrell's producer royalties in connection with the master recording entitled "Sho'

10  Nuff", no resolution was achieved.

11  126.   As of this date, Defendant/Cross-Complainant Perrell has not received

12  an accounting or royalties from Defendant UMG in connection with the master

13  recording entitled "Sho' Nuff".

14  127.  In or about 2013, recording artist Justin Timberlake sampled both the

15  musical composition and master recording entitled "Sho' Nuff" in his recording

16  entitled "Suit & Tie" which was released as both a single and on the album of the

17  same name.

18  128.  In or about 2013, recording artist professionally known as "J. Cole"

19  recorded and released a recording entitled "Chaining Day" embodying the sample of

20  the master recording and musical composition entitled "Sho' Nuff".

21  129.  It is Defendant/Cross-Complainant's understanding and belief that

22  Defendant UMG negotiated a royalty for the sampled use of the master recording

23  entitled "Sho' Nuff" in both "Chaining Day" and "Suit & Tie".

24

25

26  18

1

## FIRST CAUSE OF ACTION OF CROSS-COMPLAINANT
## ACCONTING AND PAYMENT OF ROYALTIES
### (Against Defendant UMG)

5

6   130.   Cross-Complainant alleges and incorporates each and every allegation in
7   paragraphs 1 through 129 inclusive as if more thoroughly set forth herein.

8   131.   Defendant UMG has been collecting all worldwide revenue derived from
9   the exploitation of the master recording entitled "Sho' Nuff" as embodied in both the
10  master recordings entitled "Suit & Tie" and "Chaining Day" and has not accounted
11  to, nor paid royalties to Defendant/Cross-Complainant Perrell his co-producer share
12  of such earnings.

13  132.   Defendant/Cross-Complainant Perrell seeks an accounting and payment of
14  any and all royalties due Defendant/Cross-Complainant Perrell in connection with
15  the exploitation of the master recording entitled "Sho' Nuff" including, without
16  limitation, its embodiment as a sample in the master recordings entitled "Suit & Tie"
17  and "Chaining Day".

18

19  WHEREFORE, Defendant/Cross-Complainant Perrell prays for judgment as follows:

20  1.   That Plaintiff takes nothing from Defendant/Cross-Complainant Perrell;

21  2.   That Cross-Defendant UMG immediately account and pay all sums due to
22  Defendant/Cross-Complainant Perrell as producer of the master recording entitled "Sho'
23  Nuff" and its sampled uses.

24  4.   For costs of suit incurred herein;

25  5.   For reasonable attorneys' fees from Plaintiffs and/or Cross-Defendant UMG;

26                                        19

1   and

2   6.   For such other further relief which the Court may deem just and proper.

3

4   Date:  July 14, 2016            ZHONG LUN LAW FIRM

5

6                               By   /Donald K. Wilson, Jr./
                                   Donald K. Wilson, Jr.
7                                  Attorney for EDWARD "EDDIE" PERRELL
                                   D/B/A PERRELL MUSIC
8                                  Defendant and Cross-Complainant

9

10          I am a defendant in this action. I have read the foregoing answer to the
    verified complaint. The matters stated in the answer are true of my own
11   knowledge except those matters stated on information and belief, and as to
12   those matters I believe them to be true. As to matters of which I have no
    knowledge, I generally deny those allegations.
13
    I declare under penalty of perjury under the laws of the State of Nevada
14   that the foregoing is true and correct.

15
    Date: July 18, 2016
16

17   _EDWARD PERRELL_
18

19

20

21

22

23

24

25

26                              20

27

# EXHIBIT 1



# EXHIBIT 2

# Publisher Clearance Form

**BMI**

Broadcast Music, Inc., 589 Fifth Ave., N.Y., N.Y. 10017
Att. Index Department

THIS FORM MUST BE FILLED OUT IN
ACCORDANCE WITH INSTRUCTIONS ON
THE REVERSE SIDE AND BOTH COPIES
MUST BE RETURNED TO BMI.

FOR BMI USE
DO NOT WRITE BELOW

LOGIC

PUNCHED - VERIFIED

TITLE - ONE WORK PER FORM  SHO' NUFF

CREDIT RATE

NON WORLD

IF BASED ON PUBLIC DOMAIN GIVE ORIGINAL DATE AND SOURCE

CHECK IF WORK IS FROM
[ ] MOTION PICTURE
[ ] BROADWAY SHOW
[ ] OFF BROADWAY SHOW

GIVE TITLE OF FILM OR SHOW

DO NOT ANNOUNCE

| WRITER NAME(S) | | | WRITER ADDRESS(ES) | Part. BMI | Share | Writer Code No | No Print in Bull | Type Code |
|---|---|---|---|---|---|---|---|---|
| LAST | FIRST | MIDDLE | | | | | | |
| STILL | CHARLES | B | 1700 BWY, NY | BMI | 1/3 | | | 21 |
| SILVER | TERRANCE | | 1700 BWY, NY | BMI | 1/3 | | | 22 |
| WILSON | JOHN | | 1700 BWY, NY | BMI | 1/3 | | | 23 |

| PUBLISHER(S) | IF WORK IS OF A FOREIGN ORIGIN GIVE NAME OF ORIGINAL PUBLISHER | Part. BMI Orig. | Share | Publisher Code No | No Print in Bull | Type Code |
|---|---|---|---|---|---|---|
| | | BMI | 1/3 | | | 31 |
| | | BMI | 1/3 | | | 32 |
| PERRELL MUSIC | | BMI | 1/3 | | | 33 |

1ST RECORD RELEASE RECORD LABEL & NO.

MAY 73  EU 406185
COPYRIGHT DATE AND NUMBER

MAY 1973
DATE SUBMITTED TO BMI

Edward P. Perrell
AUTHORIZED SIGNATURE

INDEX DEPT.
0079371 JL-972

NAME AND ADDRESS OF SUBMITTING PUBLISHER

EDWARD MAURICE PERRELL
167 WEST 80 ST — APT. 3D
NEW YORK CITY, N.Y.
10024

MAIL
CONFIRM-
ATION
TO

CLEARED IN ACCORDANCE WITH TERMS ON REVERSE SIDE

Rec

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2016 a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Robert A. Jacobs
Email. rjacobs@manatt.com

Mark S. Sidoti
Email. msidoti@gibbonslaw.com

Jonathon Brugh Lower
Email. jlower@gibbonslaw.com

Matthew David Stockwell
Email. Matthew.stockwell@pillsburylaw.com

Lita Teresa Rosario
Email. Lita.rosario@wzygirl.com


Dated this 22nd day of July, 2016


/S/ Donald K. Wilson Jr.
Donald K. Wilson Jr.