# LITA ROSARIO, PLLC

**1100 H STREET, NW, Suite 315**
**WASHINGTON, DC 20005**
**Phone (202) 628-1092**
**Fax (703) 995-4345**
**lita.rosario@wyzgirl.com**

September 7, 2016

Hon. Paul A. Engelmayer
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, New York 10007

      Re:    *Wilson v. Perrell*, Case No. 1:16-cv-00104-PAE

Dear Judge Engelmayer:

This letter is to inform the Court that Plaintiffs and Defendant BMI have entered into a settlement in principle, that is subject to execution by these parties.

Plaintiffs and Defendant BMI request that the Court dismiss the above referenced matter as to Defendant BMI, without prejudice to restoring the action if application was made within thirty (30) days. As contemplated by the settlement terms, once the settlement is finalized, I will advise the Court that the dismissal as to BMI can be converted to "with prejudice" and file the appropriate Stipulation. Counsel for Defendant BMI has consented to this request.

Respectfully Submitted,

*/s/ Lita Rosario*
Lita Rosario, Esq.


cc:    Robert Jacobs, Esq.
        Donald Wilson, Esq.