UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN WILSON, CHARLES STILL, and TERRANCE STUBBS<br><br>              Plaintiffs,<br><br>        - against -<br><br>EDWARD "EDDIE" PERRELL d/b/a PERRELL MUSIC, DYNATONE PUBLISHING COMPANY, UNICHAPPELL MUSIC, INC., UMG RECORDINGS, INC., and BROADCAST MUSIC INC. (BMI).<br><br>              Defendants. | Civil Action No.:  16 Civ. 00104 (PAE)<br><br>ECF Case |

**DECLARATION OF ROBERT A. JACOBS IN SUPPORT
OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED
COMPLAINT AND DEFENDANT PERRELL'S CROSS-CLAIM**

I, Robert A. Jacobs, declare under 28 U.S.C. § 1746:

1. I am a partner at Manatt, Phelps & Phillips, LLP, attorneys for Defendants UMG Recordings, Inc. ("UMG"), Dynatone Publishing Company ("Dynatone") and Unichappell Music, Inc. (collectively, "Defendants"), and respectfully submit this Declaration in support of Defendants' motion to dismiss with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (1) all claims of Plaintiffs alleged in their First Amended Complaint against Defendants; and (2) the cross-claim of Defendant Edward Perrell ("Perrell") alleged in his Cross-Complaint against UMG.

2. Annexed hereto as <u>Exhibit 1</u> is a true and correct copy of an image of the 45 RPM single released in 1973 containing the musical group Sly, Slick & Wicked's sound recording of

the musical composition *Sho' Nuff (a/k/a Sho' Nuff (You Really Love Him))* (respectively, the "Recording" and "Composition"), with the group's sound recording of the musical composition *Ready for You* on the B Side.

3.   Annexed hereto as <u>Exhibit 2</u> is a true and correct copy of the Broadcast Music Incorporated ("BMI") Publisher Clearance Form for the Composition that Perrell filed with BMI on or about July 9, 1973.

4.   Annexed hereto as <u>Exhibit 3</u> is a true and correct copy of the Notice of Use for the Composition that Chappell & Co., Inc. filed in the U.S. Copyright Office on Dynatone's behalf in or around 1974.

5.   Annexed hereto as <u>Exhibit 4</u> is a true and correct copy of the registration (number RE0000860128) for the renewal term copyright in the Recording that UMG obtained from the U.S. Copyright Office in 2001.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on September 14, 2016.

                                                                                     /s/ Robert A. Jacobs
                                                                                        Robert A. Jacobs

# EXHIBIT 1





# EXHIBIT 2

# Publisher Clearance Form

**BMI** — Broadcast Music, Inc., 589 Fifth Ave., N.Y., N.Y. 10017
Att. Index Department

THIS FORM MUST BE FILLED OUT IN ACCORDANCE WITH INSTRUCTIONS ON THE REVERSE SIDE AND BOTH COPIES MUST BE RETURNED TO BMI.

FOR BMI USE — DO NOT WRITE BELOW
LOGIC
PUNCHED-VERIFIED
Dist 34  8-16-73
By.
CREDIT RATE
NON WORLD
DO NOT ANNOUNCE

**TITLE - ONE WORK PER FORM:** SHO' NUFF

IF BASED ON PUBLIC DOMAIN - GIVE ORIGINAL TITLE AND SOURCE

CHECK IF WORK IS FROM:
☐ MOTION PICTURE
☐ BROADWAY SHOW
☐ OFF BROADWAY SHOW
GIVE TITLE OF FILM OR SHOW

| WRITER NAME(S) LAST / FIRST / MIDDLE | WRITER ADDRESS(ES) | Perf. Rts Org | Share | Writer Code No. | No Print in Bulit | Type Code |
|---|---|---|---|---|---|---|
| STILL CHARLES R | 1700 BWY, N.Y | BMI | 1/3 | | | 21 |
| STUBBS TERRANCE | 1700 BWY, N.Y | BMI | 1/3 | | | 22 |
| WILSON JOHN Y | 1700 BWY, N.Y | BMI | 1/3 | | | 23 |

| PUBLISHER(S) — IF WORK IS OF FOREIGN ORIGIN, GIVE NAME OF ORIGINAL PUBLISHER | Perf. Rts Org | Share | Publisher Code No | No Print in Bulit | Type Code |
|---|---|---|---|---|---|
| BELINDA MUSIC | BMI | 1/3 | | | 31 |
| PRIVATE MF PUB. CO. | BMI | 1/3 | | | 32 |
| PERRELL MUSIC | BMI | 1/3 | | | 33 |

**1ST RECORD RELEASE / RECORD LABEL & NO:** PRELUDE - PRE 1025  
**ARTIST:** SEA SHANTENNIALS  
**RELEASE DATE:** ET 17SI  
**COPYRIGHT DATE AND NUMBER:** MAY 73, EU 406185

**DATE SUBMITTED TO BMI:** MAY 1973

Edward F. Perrell
AUTHORIZED SIGNATURE
INDEX DEPT.
0079371 JL-973

**NAME AND ADDRESS OF SUBMITTING PUBLISHER:**
EDWARD MAURICE PERRELL
157 WEST 80 ST — APT 3D
NEW YORK CITY, N.Y. 10024

CLEARED IN ACCORDANCE WITH TERMS ON REVERSE SIDE

# EXHIBIT 3

PAGE 3

FORM U

## Acknowledgment of Receipt of a Notice of Use
### Of Copyrighted Music on Mechanical Instruments

RECORDED IN NOTICE OF USE RECORDS

VOLUME **126** PAGE **486**

DO NOT WRITE HERE

There has been filed in the Copyright Office a *notice of use* (as required by section 1(e) of Title 17, U.S. Code) covering the musical composition(s) listed herein. The notice was recorded in the volume and page noted in the upper right corner of this page, following its receipt on the date given in the lower left corner of page 4.

*Barbara Ringer*

Register of Copyrights
United States of America

1. Name and Address of Copyright Owner:

Name **Dynatone Publishing Company**

Address **609 Fifth Avenue, New York, New York**

2. Musical Compositions Covered by Notice of Use:

(1) Title and Author **SHO' NUFF – John Wilson – Charles Still – Terrance Stubbs**

Registration No. _____ Year date: 19**74**

(2) Title and Author _____

Registration No. _____ Year date: 19____

(3) Title and Author _____

Registration No. _____ Year date: 19____

(4) Title and Author _____

Registration No. _____ Year date: 19____

(5) Title and Author _____

Registration No. _____ Year date: 19____

(6) Title and Author _____

Registration No. _____ Year date: 19____

(7) Title and Author _____

Registration No. _____ Year date: 19____

(8) Title and Author _____

Registration No. _____ Year date: 19____

(9) Title and Author _____

Registration No. _____ Year date: 19____

Complete all applicable spaces on next page

EXAMINER *cm*

PAGE 3

3. Deposit account: .................................................................... Chappell & Co., Inc. ....................................

4. Send correspondence to:

Name ................... same as below ................. Address ...........................................

5. Send acknowledgment to:

(Type or print name and address)

Name .......... Chappell & Co., Inc. ..........
Address .......... 609 Fifth Avenue ..........
(Number and Street)
.......... New York .......... New York .......... 10017 ..........
(City)            (State)           (ZIP Code)

## Information Concerning the "Notice of Use" Requirements

NOTE.—Filing a *notice of use* on Form U is not a substitute for securing copyright protection. The *notice of use* is concerned with mechanical recording rights in musical compositions that have already been copyrighted. Form E, which may be obtained from the Copyright Office on request, should be used to secure copyright registration for a musical composition.

**When to Use Form U.** A *notice of use* on Form U should be filed by the owner of copyright in a musical composition when he has recorded his work, or licensed it for recording, on mechanical instruments such as phonograph records.

**Statutory Provisions.** The detailed *notice of use* provisions of the copyright statute may be found in sections 1(e) and 101(e) of Title 17, United States Code. The following is a general outline of the most important of these provisions.

**Recording Rights.** The copyright law gives the owner of copyright in a musical composition the exclusive right to make the first recording or reproduction of his composition on mechanical devices such as phonograph records, but only under certain conditions. Once the copyright owner has permitted the musical work to be recorded, any other person has a right to make recordings of the work.

—— This person may negotiate a recording contract with the copyright owner and record the composition under the terms specified in the agreement.

—— Or, he may use the "compulsory licensing" provisions of the law, which do not require him to get permission from the copyright owner.

**The "Compulsory License."** Under the "compulsory licensing" provisions of the copyright statute, any person may make recordings of a musical composition which the copyright owner has already recorded or licensed for recording, if he pays the copyright owner the royalty provided in the copyright statute and meets certain other requirements.

**The Notice of Use.** As soon as the copyright owner has recorded his musical work or licensed someone else to make the first recording, he should file a *notice of use* in the Copyright Office.

—— This *notice of use* is submitted on Form U and should be accompanied by the recording fee specified in the instructions on page 1.

—— The law provides that any failure to file such a notice shall be a complete defense to any suit, action, or proceeding for any infringement of the right to reproduce the musical composition mechanically.

**Other Points to Remember:**

—— The Copyright Office does not register claims to exclusive rights in mechanical recordings themselves or in the performances they reproduce. For this reason, phonograph records should not be sent to this office, and the *notice of use* should not contain any reference to the performance or the performers.

—— Recordings of readings of literary works, lectures, dramatic presentations, and the like, do not fall within the *notice of use* provisions of the statute.

—— Only copyrighted music should be listed in a *notice of use*. No purpose is served by including musical compositions that are not copyrighted.

—— Care should be taken that the information given on Form U is complete and accurate, since the Copyright Office does not undertake to check the stated facts.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Notice of use received | |
| Fee received 1 T $3.00 DA | |

# EXHIBIT 4



*The Copyright Public Catalog will not be available from from 5:00pm EDT, Friday, July 29 through 6:00pm EDT, Sunday, July 31 due to maintenance activities. We apologize for any inconvenience to our users.*

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000860128
Search Results: Displaying 1 of 1 entries

previous | next

Labeled View

***Sho' nuff. Ready for you. Artist: Sly, Slick and Wicked, sound recording:...***

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | RE0000860128 / 2001-12-21 |
| | Renewal registration for: N00000008141 / 1973-06-28 |
| **Title:** | Sho' nuff. Ready for you. Artist: Sly, Slick and Wicked, sound recording: Polydor, Inc. |
| **Notes:** | Disc: music. |
| **Copyright Claimant:** | UMG Recordings, Inc. (PWH) |
| **Basis of Claim:** | New Matter: sound recording. |
| **Copyright Note:** | C.O. correspondence. |
| **Variant title:** | Sho' nuff |
| **Other Title:** | Ready for you |
| **Names:** | Sly, Slick and Wicked |
| | Polydor, Inc. |
| | UMG Recordings, Inc. |

previous | next

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page