

**Robert A. Jacobs**
Manatt, Phelps & Phillips, LLP
Direct Dial:  (310) 312-4360
E-mail:  rjacobs@manatt.com

September 13, 2017

Client-Matter:  62692.060

**ELECTRONICALLY FILED ON ECF**

Hon. Paul A. Engelmayer
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, New York 10007

Re:   *Wilson v. Perrell*, **Case 1:16-cv-00104-PAE**

Dear Judge Engelmayer:

We represent Defendants Warner/Chappell Music, Inc., Dynatone Publishing Company and Universal Music Group, Inc. (collectively, "Defendants") in the above-referenced case, and, together with Plaintiffs John Wilson, Charles Still and Terrance Stubbs, write pursuant to Your Honor's Order dated August 31, 2017 (Dkt. 107) to inform the Court that the parties have failed to reach a settlement agreement, and are abandoning their efforts to settle this matter.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Robert A. Jacobs*

Robert A. Jacobs

Agreed and consented to:

*/s/ Lita T. Rosario*

Lita T. Rosario

11355 West Olympic Boulevard, Los Angeles, California  90064-1614   Telephone:  310.312.4000  Fax:  310.312.4224

Albany | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.